Exhibit A

RED
DC-410 (Rev. 07/15)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Ronald K. Sutherland, Jr.    Inmate #: 0715488

Location: Bertie 4880, Red LD1    Date: 4/20/20

Grievance Statement: There is an abundance of smoke in the dorm that I am forced to breathe in from hand-rolled cigarettes, marijuana & K-2. It irritates my lungs, throat and gives a burning sensation to my nose, and my breathing becomes taxed and laborous because of it. It comes primarily from lower-red (segregation), from a cell near mine or even from cells further away.

What remedy would resolve your grievance?: Removing the elements that produces the smoke (K-2, marijuana & cigarettes), would resolve this matter. A higher grade of facial masks may help. Taking action to ensure my 8th-Amendment right to be free from cruel and unusual punishment - in this manner - would resolve this matter.

Inmate Signature: Ronald K. Sutherland Jr.

---

**OFFICIAL USE**

Date received: 4/24/20

C Stallings
Receiving Officer Signature

SCR20
Staff ID

Facility #: 4880    Year: 2020    Housing #: L PoD D    Sequence #: 12592

Exhibit: B



# North Carolina Department of Public Safety
*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## Step One - Unit Response

**Regarding Grievance No.: 4880-2020-LPODD-12592**
**Received: 04/24/2020**

**Inmate: SUTHERLAND, RONALD K - 0715488**
**Location: 4880-BERTIE CI - LPODD001**

As always, staff will attempt to remove any and all contraband at the facility which should alleviate your issues.

| 05/12/2020 | HUGHES, ASHLEY N. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A) ✓ Agree with grievance response       (B)____ Appeal to Step Two (24-hour limit)

| 5/12/20 | |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature (optional)* |

cc: CTS

**MAILING ADDRESS:**
P. O. BOX 129
WINDSOR, NC 27983



**OFFICE LOCATION:**
218 COOPER HILL ROAD
WINDSOR, NC 27983
Telephone: (252)794-8601
Fax: (252)794-8634

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

Exhibit: C

7/21/20

To:
Superintendent/Warden,

I am writing this letter to you in hopes of obtaining your cooperation in a matter that is time-sensitive and urgent.

I filed a grievance on or about 6/15/20 and have not yet received a response. The grievance was centered around an 8th Amendment violation of 'cruel and unusual punishment', due to the constant smoke I am forced to breathe in (from "K2", cigarettes and marijuana).

I trust that you will look into the matter - of both the status of my grievance and it's content - and resolve these issues, at this stage.

Thank you
Ronald Sutherland #0715488
LDO1

Exhibit: D

RED
DC–410 (Rev. 07/15)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Inmate Name: Ronald K. Sutherland          Inmate #: 0715488

Location: Bertie 4880 Lb01-Red          Date: 7/4/20

Grievance Statement: It has been nearly one month since I wrote a grievance and I have not yet received a reply. The grievance was written and turned in on or about 6/15/20.
   It spoke of current conditions and risks that needed to be "addressed, and centered around my well-being.

What remedy would resolve your grievance?: A response to my initial grievance would resolve this grievance.

Inmate Signature: Ronald K. Sutherland

---

**OFFICIAL USE**

Date received: 7/22/20          C Stallings          SCR20
                  Receiving Officer Signature          Staff ID

Facility #: 4880     Year: 2020     Housing #: LPODD     Sequence #: 12930

Exhibit E

D-1



# North Carolina Department of Public Safety

*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## DC-410 Screening Response

**Regarding Grievance No.: 4880-2020-LPODD-12930**
**Received: 07/22/2020**

**Inmate:  SUTHERLAND, RONALD K - 0715488**
**Location: 4880-BERTIE CI - LPODD001**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 07/24/2020.

07/24/2020
*Date*

COHOON, JASON W.
*Staff Electronic Signature*

cc: CTS

**MAILING ADDRESS:**
P. O. BOX 129
WINDSOR, NC 27983



**OFFICE LOCATION:**
218 COOPER HILL ROAD
WINDSOR, NC 27983
Telephone: (252)794-8601
Fax: (252)794-8634

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*



## Exhibit: E2

8/12/20

Dear Mr. Cohoon,

On or about 8/10/20, I informed you that I had not yet received a copy of my grievance #4840-2020-LPODD-12930,

I would still very much like to have the copy. Please let this letter serve as a reminder that I look forward to the aforementioned copy.

Thank you,
Ronald Sutherland #0715488
LPODD 001

Exhibit: F

# North Carolina Department of Public Safety

*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 4880-2020-LPODD-12930**
**Received: 07/22/2020**

**Inmate:    SUTHERLAND, RONALD K - 0715488**
**Location:  4880-BERTIE CI - LPODD001**

After review, staff adequately addressed your concerns in step one. No further actions needed.

| | |
|---|---|
| 08/07/2020 | DILLARD, SEAN T. |
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response    (B)_1_ Appeal to Secretary, DPS (24-hour limit)



_____    _____
*Date*                      *Inmate Signature*

_____    _____
*Date*                      *Witness Signature(optional)*

cc: CTS

**MAILING ADDRESS:**
P. O. BOX 129
WINDSOR, NC 27983

**OFFICE LOCATION:**
218 COOPER HILL ROAD
WINDSOR, NC 27983
Telephone: (252)794-8601
Fax: (252)794-8634

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

8/17/20

Dear Mr. Dillard,

Grievance No: 4880-2020-LPODD-12930

I am writing you concerning the above mentioned grievance. I have not yet received my copy of the grievance from either Mr. Cohoon (whom I've both written and spoke to concerning this), nor have I recieved a copy —yellow or otherwise— from or anyone else who has a role in the process.

I would like the copy as soon as possible, please.

Thank you,
Ronald Sutherland #0715488

# Exhibit: G

The incidents described in previous grievances and the one accompanying this letter, addressed to Bertie officials and now the Director of Prisons, are nothing short of a violation of my 8th Amendment right against; 'cruel and unusual punishment'.

If my attempts to successfully rally prison officials, on either spectrum-end, to eradicate the sources of smoke; it's abundance ad/or frequent occurrences (of K2, marijuana and mat(ijuana) continue to be ignored, foil or met with indifference, then this will be a matter for the courts - wherein such words like: "1983", "tort" and possibly "lien", may be used in reference to those defendants who played a role in my continued suffering; will be used...not to leave out "injunction relief" and "damages awarded".

Defendants may be sought after in their individual ad/or official capacities. I hope this is at least taken seriously at this stage and that no one become disillusioned in thinking 'qualified immunity' is a bona fide safe-haven, for surely their is enough U.S. Supreme court precedents that more than suggest otherwise

In the event my condition is not alleviated via eradication of the aforementioned substances, complete and permanent relocation, away from Bertie 4880, of myself would suffice. I supposedly come up for "Medium Custody" in Sept. 2020 - maybe this will help give rise to action. I hear (I don't know) that: Avery Mitchell, Nash or Morrison are nice places.          Thank you,
                                                          Ronald Sutherland
                                                          0715486

# North Carolina Department of Public Safety
## Division of Adult Correction
### Inmate Grievance Resolution Board
4207 MAIL SERVICE CENTER, RALEIGH, NC 27699-4207

State of North Carolina
Roy Cooper
Governor

Kimberly D. Grande
Executive Director

Members
Robert E. Campbell, Esq.
Jonathan D. Franklin
H. Gerald Beaver, Esq.
David W. Addison, Esq.
Phyllis S. Leary

## Step Three - Administrative Remedy Response

| | |
|---|---|
| **Inmate:** SUTHERLAND,RONALD K | **Tracking No:** 0000450335 |
| **Inmate #:** 0715488 | **Unit Grievance No:** 4880-2020-LPODD-12930 |
| **Location:** 4880-BERTIE CI - LPODD001 | **Date Received:** 08/07/2020 |
| Courier # 10-92-27 | |

Grievance Examiner: Findings and Disposition Order

---

This examiner has reviewed this grievance and the response given by staff in the Step 1 and/or Step 2 responses. My review of this grievance reveals no violation of applicable Prisons policy nor does it show any evidence of discrimination, retaliation, or disrespect or abuse of authority by staff regarding the processing of this offender's grievances. It appears that the last grievance which you filed was in April 2020, 4880-2020-LPODD-12592. You were provided with a step 1 response and signed an acknowledgement that you agreed with the response. If you are alleging that there was another grievance, you will need to provide more information regarding the date on which it was filed and the grievance number. This grievance is considered resolved.


08/17/2020                          GRANDE, KIMBERLY D.
_Date_                              _Inmate Grievance Examiner Electronic Signature_


cc: CTS

Exhibit: I

DC-998
(Revised: 10/2013)

LDOO1

**North Carolina Department of Public Safety**
**Prisons**
**Inmate Trust Fund Account Inquiry Form**

SEP 22 2020

Ronald Sutherland    0715488    Red LDO-1
Inmate Name (Print Clearly)    OPUS #    Housing Unit

RARTIE/4890
9/20/20
Date

### Section A

☐ **TRUST FUND ACCOUNT AMOUNT INCORRECT.** Include weekly trust fund statement with complete explanation of the error in Inmate's Comments Section.

☐ **PAYMENT FOR MEDICAL/DENTAL CO-PAY INCORRECTLY CHARGED.** *(Explain in Inmate's Comment Section)*

☐ **PAYMENT FOR ADMIN FEE INCORRECTLY CHARGED** *(Explain in Inmate's Comments Section)*

☐ **PAYMENT FOR FILEFEE INCORRECTLY CHARGED** *(Explain in Inmate's Comments Section)*

☐ **PAYMENT FOR LITCOST INCORRECTLY CHARGED** *(Explain in Inmate's Comment Section)*

☐ **CANTEEN LIMITED DRAW INCORRECT** *(Explain in Inmate's Comment Section)*

☐ **INCENTIVE WAGE OR WORK RELEASE PAID INCORRECTLY** *(Explain in Inmate's Comment Section)*

☐ **INDIGENT STAMP AMOUNT INCORRECT** *(Explain in Inmate's Comment Section)*

☐ **CANTEEN PHONE DEBIT PURCHASE AMOUNT INCORRECT** *(Explain in Inmate's Comment Section)*

   (Facility trust fund send this form when Canteen Phone Debit Purchase amounts are incorrect to DPS_DOC_Inmate_Phone_Help (DOC_InmatePhoneHelp@ncdps.gov) or call 919-838-3520

☐ **JPAY DEPOSIT INCORRECT OR DOES NOT BELONG TO INMATE** *(Explain in Inmate's Comment Section)*

   (Facility trust fund send this form when JPay deposit amounts are incorrect to DPS_DOC_DOP_IBSHelp (DOC_DOC_IBSHelp@ncdps.gov) or call 919-838-3785

☑ **OTHER** *(Explain in Inmate's Comment Section)*

****INCOMPLETE INMATE TRUST FUND ACCOUNT INQUIRY FORM WILL BE RETURNED AND NOT
PROCESSED UNTIL REQUIRED INFORMATION IS COMPLETE****

### Section B

**Inmate's Comments:**
I need a copy of my account balance for the past 6 (six) months please.
It's for a court action, which I need to show myself as "indigent".

Ronald Sutherland      9/20/20
Inmate's Signature      Date

**Trust Fund or Other Facility Staff Comments:** You will need to send the complete
paper work notarized (if it's from the NC Industrial Commission)
up to accounting. (8)

     9/22/2020
Trust Fund or Other Facility Staff Signature      Date

**Administrative Officer Comments:**

Administrative Officer Signature      Date

**Prisons Fiscal Training & Support or Prisons Facility Services:**

Prisons Fiscal or Facility Staff Signature      Date

Exhibit: I2

Inmate Trust Fund Account S...

I am in receipt ...
history/balance ...

As per your ...
notarized (it its ...

The court will need
to submit the reques[t]/20
to the IRS helpdesk ...count
in Raleigh, NC                    t".

[Exhibit: I3]                     ...aperwork
(delivered to Plaintiff on 9/26/20)   ...counting"—

                      find
Please ^ the accompanying forms.

Thank you,
Ronald Sutherland #0715488
                    LP001

# Exhibit: J

## Smoking Time Log: (edited to save time/space)

• 4/1/20 - nearly everyday ^this month ranging from 4-10 hour durations - K2 3/4 Cigarettes

• 5/3/20 - 11:40AM-12PM, 3PM-3:40PM, 6PM-6:32PM, 10PM-10:2?M - K2 3/4 Cigarette

• 5/4/20 - 6:05AM-6:20AM, 8PM-9:20PM - K2, Cigarettes

• 5/5/20 - 10:15AM-11AM, 1PM-1:30PM, 3:10PM-4:40PM - K2

• 5/7/20 - 1:20PM - 1:45PM, 9:25PM - 1/2PM - K2; cigarettes

• 5/8/20 - 6:25AM - 7AM(3), 4PM-5PM, 10PM-10:30PM - cigarettes, marijuana

• 5/9/20 - 8:40PM - 10PM - K2

• 5/10/20 - 7:50PM - 9:20PM - K2, cigarettes

• 5/11/20 - 9PM - 9:50PM, 10:35PM - 10:55PM - cigarettes, K2

• 5/13/20 - 7:10AM - 7:30AM - cigarettes

• 5/15/20 - 3:15PM - 3:40PM, 4:20PM-5PM, 6PM-6:40PM, 8:10PM-9:20PM - K2

• 5/16/20 - 6:45AM - 7:10AM - K2

• 5/17/20 - 6AM - 6:25AM, 9AM-9:40AM, 12PM-2PM, 10:05PM - 11:10PM - K2, Cigs.

• 5/20/20 - 9:18AM - 1PM, 10:10PM - 12:30AM - cigarettes, K2

• 5/21/20 - 2:20PM - 3:15PM, 5PM-8:35PM - cigarettes

• 5/22/20 - 10:20AM - 1:13PM, 1:40PM-2PM, 3:25PM - 5:15PM, 11PM-11:25PM - K2

• 5/23/20 - 7AM-7:30AM - cigarettes, marijuana

• 5/25/20 - 6:35AM-7:15AM - cigarettes

• 5/26/20 - 6AM - 6:30AM - K2

• 6/1/20 - 6:10AM-6:30AM; 9:30AM-9:50AM, 10:15AM - 12:15PM - K2

• 6/2/20 - 10:24PM - cigarettes

• 6/4/20 - 8PM - 8:20PM - K2, cigarettes

• 6/5/20 - 1:10PM - 3PM, 7:15PM - 11:35PM! - K2, cigarettes

• 6/9/20 - 4:20PM - 5PM, 1:15PM-1:55PM K2

## <u>Smoking Time Log cont'd...</u>

- 6/10/20 — 10:20PM - 10:45PM - cigarettes
- 6/16/20 - 9AM-10AM, 10:10PM - 1:35AM - K2, Cigarettes
- 6/18/20 - 6:10AM - 7:10AM, 3PM - 3:35PM - K2, cigarettes
- 6/19/20 - 2:30PM - 2:55PM, 5:50PM - 9:13PM, 8PM - 10:50PM - K2, cigarettes
- 6/20/20 - 7:25AM - 8AM, 11:40AM - 1:15PM, - K2
- 6/22/20 — 1:20PM - 3:30PM, 3:35PM - 4:35PM, 6:PM - 6:25PM, 8PM - 9:10PM, 11:35 - 1:10AM — K2, Cig.
- 6/23/20 - 12:20PM - 12:45PM - K2
- 6/26/20 - 8:13AM - 10:15AM, 7:20PM - 8PM, 8:50PM - 9:13PM, 10:25PM - 10:55PM - K2, Cigs.
- 6/28/20 - 6:05AM - 7AM - K2, Cigarettes
- 7/2/20 - 6:10AM - 6:25AM, 2:25PM - 2:45PM, 10:05PM - 10:35PM - K2, Cigarettes
- 7/3/20 - 7:30AM - 7:55AM, 3:45PM - 4:15PM, 7PM - 7:20PM, 9:55PM - 11:13PM - K2
- 7/7/20 - 10:15AM - 10:30AM - K2, Cigarettes
- 7/8/20 - 5:52AM - 6:15AM - K2
- 7/9/20 - 8:05AM - 8:25AM, 10AM - 10:35AM, 1:10PM - 1:50PM, 3PM - 4:15 - K2
- 7/10/20 - 9:45PM - 9:25PM - Cigarettes, marijuana
- 7/14/20 - 2:20PM - 2:55PM, 4:02PM - 4:40PM, 10PM - 11:55PM - K2, cigarettes
- 7/16/20 - 6:03AM - 6:25AM, 10:13AM - 10:30AM, 10:05PM - 10:40PM - K2
- 7/19/20 - 9:09PM - 9:50, 11PM - 11:29PM - K2
- 7/20/20 - 1PM - 1:30PM - K2
- 7/21/20 - 4:02PM - 4:32PM - K2, Cigarettes
- 7/22/20 - 7PM - 7:25PM, 9:45PM - 10:15PM - K2
- 7/24/20 - 6AM - 6:20AM - Cigarettes
- 7/25/20 - 1:24PM - 3:26PM - K2
- 7/26/20 - 9:13PM - 9:45PM, 10PM - 10:40PM, 12PM - 1:13AM - K2, cigarettes

# Smoking Time Log

- 8/1/20 - (nearly, all day and night).
- 8/2/20 - 10PM - 10:40 PM - K2
- 8/7/20 - 3:55PM-4:35PM, 6:05PM - 6:28PM, 9:30PM - 9:55 PM - K2
- 8/10/20 - 8:24PM - ?, - K2
- 8/11/20 - 3:51PM - 5:30 PM, 11PM - 11:41PM - K2
- 8/12/20 - 2:35PM - 4PM - K2 (extremely strong), 9:40-11:30PM - K2
- 8/13/20 - 8:45PM - 11PM - K2, cigarettes
- 8/15/20 - 2:32PM - 3:15PM, 8:40PM - 9:26PM - K2/cigarettes
- 8/16/20 - 9:30PM - 11PM - K2
- 8/17/20 - 6:45AM - 7:10AM K2, cigarettes
- 8/18/20 - 7:11PM - 8:23PM, 8:50PM - 12AM - K2, cigarette (unbearable)
- 8/20/20 - 7:30AM - 9AM, 9:45PM - 11:51PM - cigarettes
- 8/19/20 - 8:50PM - 9:20PM - cigarettes
- 8/21/20 - 9:02PM - 11PM - K2/cigarettes
- 8/22/20 - 10PM - 11:20PM - cigarettes, K2
- 8/23/20 - 2:35PM - 3:15PM - K2
- 8/27/20 - 7:50PM - 11:30PM - K2
- 8/29/20 - 10AM - 11:20AM - cigarette, K2
- 8/30/20 - 3:12PM - 3:55PM, 4:45PM - 10:35PM - cigarettes
- 8/31/20 - 8:45PM - 10:30PM - K2
- 9/1/20 - 9:45PM - 11PM - cigarettes
- 9/2/20 - 1PM - 2PM - K2, 7:4PM - ?; Marijuana or K2
- 9/3/20 - 7:10AM - 8:20AM - K2
- 9/4/20 - 2:55PM - 3:15PM - K2, cigarettes

## <u>Smoking Time Log</u>

- 9/5/20 — 10PM–10:30 PM — K2, cigarettes
- 9/6/20 — 8:45PM–9:25 PM —K2
- 9/7/20 — 6:48AM–7:20 AM — cigarettes, K2
- 9/8/20— 2:55 PM–4:30 PM–K2
- 9/9/20 — 5:20AM–6:10AM, 7:50 AM –11:20 AM–K2, cigarettes (and 1:15PM–4:13PM) *cig.*
- 9/11/20— 5PM– 7:10 PM –K2
- 9/12/20 –2:05PM– 3:37PM, 4:25PM– 7PM — cigarettes
- 9/13/20 — 5:50AM– 6:10AM, 7:25AM–8:23AM–K2 (2nd 11AM– 12:13PM –cig., K2)
- 9/13/20 (still) – 1:22PM–3PM, 6:40PM – 7:10PM–K2
- 9/14/20— 5:30AM– 6:10 AM , 8:40PM–12AM — K2, cigarettes
- 9/15/20– 6:29AM–7AM, 9:17AM–9:30AM , 3:25PM –5:15PM–cigarettes
- 9/16/20– 4PM–5:10PM –K2
- 9/18/20 — 1:50PM–2:10PM – K2, cigarette (and 6PM–6:40PM–K2)(10PM–10:46PM) *K2/cig.*
- 9/19/20— 6:15AM–7:15AM, 7PM–7:37PM –K2
- 9/20/20 — 1:40PM–3PM– K2, cigarettes
- 9/21/20 — 12:50PM–2:15PM, 8:40PM–9:25PM – K2, cigarettes
- 9/22/20–5:50AM–6:30AM – K2
- 9/24/20 — 8PM–10PM — cigarettes, K2
- 9/25/20– 6PM–7PM, 9:30PM – 10PM — K2, cigarettes
- 9/26/20 – 6AM–6:30AM – K2
- 9/27/20 — 2PM– 2:37PM, 8PM– 8:30 PM –K2
- 9/28/20–5:40AM – 6:30 AM, 1:10PM–1:50PM, 2:20PM–2:40PM — K2, cigarettes
- 9/29/20 — 10AM– 11AM, 10:30PM–11PM — K2, cigarettes
- 9/30/20 — 6AM–6:40AM, 11AM–12PM, 9:50PM – 10:40PM–K2, cigarettes

(5)

## Smoking Time Log

- 10/1/20 — 6:20 AM — 6:40 AM, 12PM — 2:20 PM — cigarette, K2
- 10/2/20 — 2:47 PM — 3:15 PM, — K2
- 10/3/20 — 10:20 PM — 10:55 PM — K2, 7:20 PM — 8:30 PM — K2, 10PM-11PM, K2
- 10/5/20 — 6:25AM — 7AM — K2, cigarettes

\* Ronald Keith Sutherland Jr.    #0715488
Ronald Keith Sutherland, Jr.
10/6/20

# Exhibit: K

## Events Log

- December, 18 2018 – assigned to cell #48 (Red Unit, D-dorm)
- 6/?/19 – assigned to cell #15
- 4/?/19 – assigned to cell #1 –present
- 4/20/20 – wrote first grievance, which Defendant Hughes "handled". [Exhibit: A]
- 6/15/20 – wrote grievance – received no response (reiterating initial grievance)
- 7/21/20 – letter to Superintendent/Warden Defendant Sappler [Exhibit: C]
- (Reposition here) 5/12/20 – received response from Defendant Hughes [Exhibit: B]
- 7/21/20 – wrote grievance about non-response to 6/15/20 grievance [Exhibit: D]
- 7/22/20 – received response to 7/21/20 grievance about non-response [Exhibit: E]
- 7/30/20 – deadline for response from staff/Defendant Cohoon, hadn't received. [Exhibit: E2]
- 8/2/20 – wrote letter & filed grievance w/ Director of Prisons and Defendant Larry
  Dail, reiterating initial grievance about conditions [Exhibit: G] & [Exhibit: M]
- 8/13/20 – "sick call" form turned into Nurse about physical health (lungs/heart).
- 8/13/20 – wrote letter to Defendant Cohoon requesting copy of grievance [Exhibit:
- 8/7/20 – Grievance response from Defendant Dillard, in its standard, disinterested
  form [Exhibit: F]
- 8/17/20 – Letter to Defendant Dillard [Exhibit: F2]
- 8/17/20 – received detached, disinterested response from Defendant Grande [Exhibit: H]
- 8/19/20 – seen by Nurse – supposedly put in request for need of "Inhaler" for Plaintiff's
  lungs.
- 9/7/20 – filed yet another grievance about smoke, rights violation (see near exact
  copy in Exhibit: H2), dated 9/6/20 and Exhibit: M (as "example").
- 9/20/20 – request to Inmate Trust Fund department for 6 month account balance.
  [Exhibit: I]



## Events Log cont'd...

- 9/22/20 — reply from Inmate Trust Fund department staff [Exhibit: I] (stating Plaintiff needed to provide completed paperwork)

- 9/23/20 — Plaintiff responded to Inmate Trust Fund staff with "completed paperwork", along with a letter ("paperwork is actual Complaint). [Exhibit: I-2]

- 9/26/20 — Plaintiff's "completed paperwork", letter and yellow 'Post-it' note from Inmate Trust Fund department staff, stateing Court needs to reach out to the "IRS".



# NORTH CAROLINA PRISONER LEGAL SERVICES, INC.

Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
Facsimile Transmission (919) 856-2223

## CONFIDENTIAL LEGAL MAIL

March 29, 2019

Mr. Ronald K. Sutherland
Bertie Correctional Institution
OPUS# 0715488
P.O. Box 129
Windsor, NC 27983

NCPLS File #: 19-0174071

Dear Mr. Sutherland:

Our office received your letter about a condition of confinement that you believe violates your rights. The North Carolina Department of Public Safety created an administrative remedy procedure, more commonly known as the grievance process, to give inmates a way to report these conditions and allow staff members to respond to inmates' issues. We receive many letters every week from inmates who report problems with this process, from difficulty getting DC-410 forms, interference by correctional staff and fear of retaliation for filing grievances. We will address these and other issues in this letter.

> By law, you must follow each step in the grievance process from beginning to end **before** you can file a claim about the issue you are facing. This is known as *exhausting the grievance process*.

You may have a strong claim, but if you have not exhausted the grievance process, the court may dismiss your case. 42 USC § 1997 (e)(a). *Porter v. Nussle*, 534 U.S. 516 (2002).

## The Grievance Process

1. To submit a grievance, you must request a Form DC-410 from a staff member. Grievances written on any other form or paper will not be accepted. **Please note**: NCDPS does not allow us to keep these forms on file. We have no way to provide them to inmates who write requesting them. You must get a Form DC-410 from a staff member.

1. A grievance must be submitted **within 90 days** of the condition or incident you are reporting.
   - Note: This 90-day reporting requirement does not apply to sexual abuse or sexual harassment grievances.

2. You will be notified within 3 days that your grievance has been received and evaluated to determine if it follows NCDPS grievance policy (Chapter G.0300 attached).
   - If your grievance is accepted, it moves to **Step 1** for investigation.

- If your grievance is rejected it means a screening officer has determined that the subject or form of your grievance does not comply with NCDPS grievance procedure (see Section 304-b and Section 306). You will be notified in writing of this decision and given an opportunity to amend your grievance so that it follows NCDPS standards, then re-submit if allowable.

3. At Step 1, you should receive a written response to your grievance within 15 days of its acceptance. If your grievance is accepted at Step 1, it moves to **Step 2**.

4. At Step 2, you should receive a written response within 20 days from the date you were informed your grievance was accepted. If the grievance is accepted at Step 2, it moves to **Step 3**.

**Important:** If you are unhappy with the Step 1 or Step 2 response, you can appeal the response, but you must do so within **24 hours** after receiving the written notice. You will lose your right to appeal the Step 1 or Step 2 decision if you wait more than 24 hours unless an appeal was not possible within the time limit. The person who receives your appeal can decide to accept it after 24 hours depending upon the circumstances, so be sure to give a detailed explanation about why your appeal is late.

5. At Step 3, a final decision will be made and you should be informed of this decision within 50 days of the acceptance of your grievance.

> Once you have received your final grievance response at Step 3, you have now **exhausted** the grievance process and can move forward with a legal claim if you so choose. Remember, you **MUST** appeal your grievance all the way to Step 3 if you intend to file a lawsuit.

## Navigating the Grievance Process

We know that many inmates are skeptical about the ability to resolve issues using the grievance process. Following are some of the most frequent questions we receive about the grievance process. We hope this information is helpful.

**"I didn't receive a response to my grievance. What do I do now?"**
You should file a new grievance stating the following: "My grievance was not addressed within the designated amount of time and I am treating this lack of response as a denial. Therefore I am appealing the denial of my grievance."

**"It's been longer than 50 days since my grievance was accepted and I appealed the Step 2 response. Has my grievance been denied?"**
The prison may extend its time to respond by a maximum of 70 days. They should notify you in writing if there was an extension and provide a date when a decision will be made.

**"I've got a long list of issues that really need to be looked into. Plus, I'm not the only one experiencing these problems. How can I get an officer or other staff to take my grievances seriously?"**
A grievance can be dismissed if it addresses more than one incident. This can be frustrating if you believe there are multiple issues affecting you, but it's important to keep grievances simple. Don't cite legal cases or statutes. Write clearly and simply about the *facts* as you observed them, not what you suspect about the motivations of staff members.



- You cannot file a new grievance, even if it involves a separate problem, if a previous grievance has not been resolved. Be selective about filing grievances so that the truly important issues can be addressed.

### "I don't understand the grievance process/My cellmate doesn't understand the grievance process and I want to help."

Ask a staff member to help you if you don't understand the process. You can also ask for help from other inmates if your housing and classification allow. But a grievance filed on behalf of another inmate will be rejected, *except* when the grievance concerns sexual abuse or harassment.

### "I know I'm in prison, but these people aren't treating me right. They're out to get me."

You may want to vent your frustrations in your grievance, but accusing staff of "malice," "conspiracy," or anything similar won't help your case. Those reading the form will be able to draw their own conclusions about an officer's motivations. *Remember: A grievance will be dismissed if you use profane, threatening or abusive language.*

### "I caught a charge unfairly/An officer is threatening to charge me for something I didn't do. Can I challenge this using the grievance process?"

No. Grievances involving the disciplinary process will be rejected. If you have been found guilty of a disciplinary charge, and you want to challenge that finding, you must appeal the disciplinary charge through the disciplinary process, not with a grievance.

### "An officer won't give me a grievance form/An officer threw away my completed grievance form. Now what?"

Keep trying. Ask a different officer for the form. If you observed your first grievance being thrown away, ask for another form from a different officer. If an officer won't accept your completed grievance, keep asking until you find an officer who will. Be respectfully persistent.

### "I've tried repeatedly to file a grievance, but staff keeps interfering. How can I follow the process if I'm locked out of it?"

Submit your grievance to the warden or superintendent of your prison unit. Document the problems you faced trying to file a grievance, including the date and time you tried to submit it, what the grievance addressed, the name of the staff member and how they interfered. It is also helpful if you can provide a written statement from anyone who witnessed what happened.

### "I've tried repeatedly to file a grievance; I even wrote to the warden like you suggested. Nothing happened."

You can submit a confidential grievance directly to the Director of Prisons at the following address: Director of Prisons, NC Department of Public Safety, 4260 Mail Service Center, Raleigh, NC 27699-4260. You will have to explain in detail why you are submitting a confidential grievance instead of using the normal grievance procedure. Again, document specific problems you faced while trying to file your grievance.

### "I believe that I'm in real danger of serious and permanent physical harm if the regular grievance process is followed. I'm feeling desperate. Is there anything I can do?"

You may file an emergency grievance if you truly believe you are in serious and immediate danger. If you have a medical emergency, you should present yourself and your grievance (marked "EMERGENCY") to any officer, or any member of the medical staff. If you have an emergency related to your personal safety, you should present your grievance (marked "EMERGENCY") to the officer in charge or any other officer.

I'm new to this experience and I do not understand staff in ability to maintain a smoke-free environment, neither do I understand how/why the warden allows drugs to come into the place, and the grievance process is a joke. I'd like a response, please. *(put in a letter along side grievance.)*

- If an emergency grievance alleges risk of imminent sexual abuse, you should expect a response within **48 hours** and a final decision within **5 days**.

- Keep in mind that administrative transfers, time computation, disputes, family illness or death <u>do not qualify</u> as emergency grievances.

**"I filed a grievance but was transferred before I could appeal to Step 3. Do I have to start over?"**
A staff member at your previous facility will forward the response to your new facility for further processing. Remember that the prison may extend its time to respond but they should notify you in writing if there was an extension and provide a date when a decision will be made. If you have not received a response to your grievance you should file a new grievance stating the following: "My grievance was not addressed within the designated amount of time and I am treating this lack of response as a denial. Therefore I am appealing the denial of my grievance."

**"It's been longer than 50 days since my grievance was accepted and I appealed the Step 2 response. Has my grievance been denied?"**
The prison may extend its time to respond by a maximum of 70 days. They should notify you in writing if there was an extension and provide a date when a decision will be made.

**"I want to know how my grievance was investigated and what was discovered as a result. I'm entitled to that information, right?"**
Any information gathered while investigating your grievance may not be released to you because prison officials are required to keep conversations with staff members or inmates confidential.

Remember that the grievance process is made up of multiple steps that must be followed according to NCDPS standards until there are no further steps left to take (Step 3) before you can move forward with a legal claim if you so choose.

We hope this information has been helpful. Please write back to us if you have a question that has not been covered in this letter.

Sincerely,

North Carolina Prisoner Legal Services, Inc.

<u>Exhibit: M</u>

DC–410 (Rev. 07/15)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Inmate Name: Ronald Keith Sutherland, Jr.   Inmate #: 0715488

Location: Bertie 4880 LD01-Red   Date: 8/2/20

Grievance Statement: I am forced to breath in smoke from drug and cigarette usage from inmates. It causes my chest to tighten, is taxing & laborous on my lungs; makes my heart accelerate and is an eye & throat irritant, as well.

It comes from below d-unit (in segregation) downstairs, and from my neighbors - left and right, near and far.

To endure this w/o remedy or action that would stop or curtail the second-hand smoke, is nothing short of an 8th Amendment violation of my right against 'cruel and unusual punishment'.

What remedy would resolve your grievance?: Drastically and substantially reducing smoke from: cigarettes, marijuana and "K2". In the alternative, relocating me to another facility that isn't as tainted as Bertie 4880.

Inmate Signature: Ronald Keith Sutherland Jr.

---

## OFFICIAL USE

Date received: ____/____/____   _____   _____
                                Receiving Officer Signature        Staff ID

Facility #: _____   Year: _____   Housing #: _____   Sequence #: _____

Distribution: White - Facility Copy; Pink - Inmate Copy

P.O.Box 124
Windsor, NC 27983